**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000437
26-MAY-2023
11:08 AM
Dkt. 76 ODMR**

NOS. CAAP-19-0000437 & CAAP-19-0000658

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


MTGLQ INVESTORS, L.P., Plaintiff-Appellee,
v.
WILLIAM HALEMANO FREDERICK, Defendant-Appellant,
and
UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY
OF NORTH CAROLINA; FEDERAL HOME LOAN MORTGAGE
CORPORATION, Defendants-Appellees,
and
DOES 1 through 20, Inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 17-1-1439-09 (JHC))


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, and Wadsworth and McCullen, JJ.)

Upon consideration of Defendant-Appellant William Halemano Frederick's Motion for Reconsideration filed on May 4, 2023, the papers in support, and the record, it appears that:

(1) Defendant-Appellant moves for reconsideration of the Summary Disposition Order filed on April 24, 2023;

(2) The Motion for Reconsideration presents no point of law or fact that this court overlooked or misapprehended. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, May 26, 2023.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge